IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRIAN K. BELCHER and JANIS P. BELCHER, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 124-014 |
| HARRY M. SHIVELY; TRUCK SOURCE EXPRESS, INC.; and SAGAMORE INSURANCE COMPANY, | * * * * | |
| Defendants. | * * | |

### O R D E R

Before the Court is Plaintiffs' stipulation of dismissal of this action. (Doc. 13.) The stipulation is signed only by Plaintiffs. (Id. at 1-2.) Rule 41(a)(1)(A)(ii) only allows a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal *signed by all parties who have appeared*." FED. R. CIV. P. 41(a)(1)(A)(ii) (emphasis added). The Eleventh Circuit has found a stipulation of dismissal that "was not signed by all parties who have appeared in th[e] case" to be invalid. Hardnett v. Equifax Info. Servs., LLC, No. 21-13195, 2023 WL 2056285, at *1 (11th Cir. Feb. 17, 2023). Therefore, without the signatures of all parties that have appeared in this case, Plaintiffs' stipulation of dismissal (Doc. 13) is invalid. This

Order does not preclude Plaintiffs from filing a renewed stipulation of dismissal in compliance with Rule 41.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of May, 2024.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```